■ ARTHUR S. SILSDORF, Appellant, v HARRY LEVINE et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County (William McCooe, J.), entered on or about December 2, 1986, unanimously affirmed for the reasons stated by William McCooe, J., without costs and without disbursements. Concur—Carro, J. P., Asch, Rosenberger, Ellerin and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARMANDO SANJORGE, Also Known as ARMANDO SAN JORGE, Appellant. THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARMANDO SANJORGE, Also Known as ARMANDO SAN JORGE, Appellant, v WARDEN, Respondent.—Judgment, Supreme Court, New York County (Herman Cahn, J.), rendered on May 22, 1985, unanimously affirmed. The appeal from the judgment of said court (John Bradley, J.), entered on February 21, 1985, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Ross, Kassal, Ellerin and Smith, JJ.